| | | |
|---|---|---|
| **NATHAN LEWIS** | * | **NO. 2020-CA-0333** |
| **VERSUS** | * | |
| | | **COURT OF APPEAL** |
| **ROBERT C. JENKINS** | * | **FOURTH CIRCUIT** |
| | * | |
| | | **STATE OF LOUISIANA** |

\* \* \* \* \* \* \*

APPEAL FROM
CIVIL DISTRICT COURT, ORLEANS PARISH
NO. 2016-11668, DIVISION "N-8"
Honorable Ethel Simms Julien, Judge
\* \* \* \* \* \*
**Judge Daniel L. Dysart**
\* \* \* \* \* \*
(Court composed of Chief Judge James F. McKay, III, Judge Daniel L. Dysart,
Judge Dale N. Atkins)

### ON APPLICATION FOR REHEARING

Scott G. Jones
LAW OFFICE OF SCOTT G. JONES
1414 Gause Boulevard, Suite 8
Slidell, LA 70458

 COUNSEL FOR PLAINTIFF/APPELLANT


Robert Charles Jenkins, Jr.
631 St. Charles Avenue
New Orleans, LA 70130

 COUNSEL FOR DEFENDANT/APPELLEE


### APPLICATION FOR REHEARING GRANTED; JUDGMENT CLARIFIED AND RENDERED

# MAY 5, 2021

DLD
JFM
DNA
Following this Court's April 7, 2021 decision, Nathan Lewis filed an application for rehearing, seeking clarification of our decision in two respects. First, he seeks clarification with respect to a discrepancy in the amount awarded, as our decision contained two different amounts. Second, he seeks clarification as to whether judicial interest and costs were awarded to him. We grant rehearing for the purposes of clarifying our prior decision on these two issues.

In our original opinion, we erroneously stated in our opening paragraph that Mr. Nathan was awarded the sum of $15,700. As we indicated thereafter in our decision, we awarded Mr. Nathan $15,750, representing those amount for which he is entitled to reimbursement, and an additional $3,800, representing those amounts Mr. Nathan overpaid to Mr. Jenkins. Thus, the total award to Mr. Nathan is $19,550.

With respect to interest, La. C.C.P. art. 1921 provides that "[t]he court shall award interest in the judgment as prayed for or as provided by law." Likewise, La. C.C.P. art. 1920 provides that, "[u]nless the judgment provides otherwise, costs shall be paid by the party cast . . . ." Based on the foregoing, Mr. Nathan is

1

entitled to judicial interest from the date of judicial demand and for all costs in these proceedings.

We therefore amend our decision to include an award to Mr. Nathan of judicial interest from the date of judicial demand and for all costs of this proceeding.

**APPLICATION FOR REHEARING GRANTED; JUDGMENT CLARIFIED AND RENDERED**